# EXHIBIT D

Georgia Department of Corrections
Mental Health Department
Suicide Precaution Notification to Warden/Superintendent

Date: 12-26-13

To: Shay Hatcher _____ Warden/Superintendent

From: Hunt _____ MH/MR Unit Manager/Designee

Inmate: Diamond, Ashley _____ ID Number: 1000290505

THIS IS TO NOTIFY YOU THAT THE ABOVE INMATE HAS BEEN PLACED IN THE FOLLOWING STATUS:

### Suicide Precaution 11

[✓] Initial/continue suicide precautions placement.
   ✓ 15 minute checks ____ constant watch ____ one on one ____ jump suit
   ✓ paper gown ✓ mattress ✓ blanket ____ normal meals w/utensils
   ✓ finger goods ____ Other:_____

[ ] Awaiting transfer to ACU/CSU
[ ] Decrease Suicide Precautions to SP 1   Time/Date:_____

### Suicide Precaution 1

[ ] Place on Precaution I status. Remain housed in Room #:_____ Increased frequency of MH contact is being initiated.

Ordered by:_____    Date/Time:_____

Hunt Anusha L LPC, MH   12-26-13
Signature (Nurse/Counselor)           Date

M69-01-04 Revised 2/10
Original: MH/MR Record, section one   Copy: Medical Record, section five

Page 1 of 1

7175 MANOR ROAD, COLUMBUS, GA 31907
OFFICE: 706/568-2358  FAX: 706/568-2359

**RUTLEDGE STATE PRISON**

# Fax

To: Central Office          From: Rutledge SP
Fax: 404-656-6708          Pages: 2
Phone: /                   Date: 12-26-13
Re: Self injurious Behavior   CC:

☐ Urgent   ☐ For Review   ☐ Please Comment   ☐ Please Reply   ☐ Please Recycle

⊕ Comments:

Thank you!