IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| ASHLEY DIAMOND, | \| | |
| | \| | |
| Plaintiff, | \| | Civil Action No.: |
| v. | \| | 5:15-CV-50-MTT |
| | \| | |
| BRIAN OWENS, Commissioner, et al., | \| | |
| | \| | |
| Defendants. | \| | |

**CONSENT MOTION FOR EXTENSION OF TIME
IN WHICH TO FILE RESPONSIVE PLEADINGS**

COME NOW defendants Brian Owens, Sharon Lewis, Shay Hatcher, Ruthie Shelton, and Marty Allen, by and through counsel, the Attorney General for the State of Georgia, and defendants David McCracken, John Thompson, and Donna Silver, by and through counsel, Insley & Race, LLC, and file this Consent Motion for Extension of Time in Which to File Responsive Pleadings, showing the Court as follows:

The Complaint in the above-referenced matter was filed on February 19, 2015.  (Doc. 3.) On February 20, 2015, Plaintiff filed a Motion for Preliminary Injunction.  (Docs. 1, 2.)  Personal service on several of the Defendants occurred on February 20, 2015.  Accordingly, an answer or other responsive pleading is currently due on Monday, March 23, 2015.  Plaintiff's counsel has graciously consented to an eighteen-day extension of time, to April 10, 2015, for the filing of responsive pleadings to both Plaintiff's Complaint and Motion for Preliminary Injunction.  Such extension, which would apply to all named defendants, is requested and has been consented to in order to permit counsel for defendants to confer with their clients about, and, to the extent feasible, address, issues raised in Plaintiff's Complaint and Motion prior to the filing of responsive pleadings thereto.

1

A proposed Order is attached hereto for the Court's consideration.

Respectfully submitted this 10th day of March, 2015.

                                      SAMUEL S. OLENS 551540
                                      Attorney General

                                      KATHLEEN M. PACIOUS 558555
                                      Deputy Attorney General

                                      DEVON ORLAND 554301
                                      Senior Asst. Attorney General

                                      /s/ *Deborah Nolan Gore*
                                      DEBORAH NOLAN GORE 437340
                                      Asst. Attorney General

                                      *Attorneys for Defendants Brian Owens, Sharon Lewis, Shay Hatcher, Marty Allen, and Ruthie Shelton*

Deborah Nolan Gore
Assistant Attorney General
Department of Law, State of Georgia
40 Capitol Square, S.W.
Atlanta, Georgia  30334-1300
Telephone: (404) 463-8850
Facsimile:  (404) 651-5304
E-mail:  dgore@law.ga.gov

                                      /s/*David V. Johnson*
                                      DAVID V. JOHNSON
                                      Georgia Bar No. 393310
                                      SHARONDA H. BOYCE
                                      Georgia Bar No. 245438

                                      *Attorneys for Defendants David McCracken, John Thompson, and Donna Silver*

INSLEY & RACE, LLC
The Mayfair Royal
181 14th Street, NE, Suite 200
Atlanta, Georgia 30309
(404) 876-9818
(404) 876-9817 (fax)
dj@insleyrace.com

Consented to by:

s/*James M. Knoepp*
Georgia Bar No. 366241
Southern Poverty Law Center
1989 College Ave. NE
Atlanta, GA 30317
Tel: (404) 521-6700
Jim.knoepp@splcenter.org

Chinyere Ezie,* NY Bar No. 496774
Davin Dinielli,* CA Bar No. 177904
Samuel Wolfe,* AL Bar No. 2945E63W
Southern Poverty Law Center
400 Washington Ave.
Montgomery, AL 36104
Tel: (334) 956-8200
Chinyere.ezie@splcenter.org
David.dinielli@splcenter.org
Sam.wolfe@splcenter.org

Counsel for Plaintiffs

*Applications for admission pro hac vice forthcoming*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# MACON DIVISION

| | | |
|---|---|---|
| ASHLEY DIAMOND, | | |
| Plaintiff, | | Civil Action No.: |
| v. | | 5:15-CV-50-MTT |
| BRIAN OWENS, Commissioner, et al., | | |
| Defendants. | | |

## ORDER

Having fully considered the matter, for good cause shown, and based on the consent of the parties hereto, the Court hereby **ORDERS** that Defendants' motion for an extension of time to file responsive pleadings to Plaintiff's Complaint (Doc. 3) and Motion for Preliminary Injunction (Docs. 1, 2) is **GRANTED**. Defendants' responses to both shall be filed with the Court no later than April 10, 2015.

So ordered this _____ day of March, 2015.

_____
Hon. Marc Thomas Treadwell
United States District Judge

## CERTIFICATE OF SERVICE

I hereby certify that on this day, I electronically filed a **CONSENT MOTION FOR EXTENSION OF TIME IN WHICH TO FILE RESPONSIVE PLEADINGS** with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record:

**Counsel for Plaintiff**

James M. Knoepp, Esq.
Southern Poverty Law Center
1989 College Ave. NE
Atlanta, GA 30317

Chinyere Ezie, Esq.
Davin Dinielli, Esq.
Samuel Wolfe, Esq.
Southern Poverty Law Center
400 Washington Ave.
Montgomery, AL 36104

**Counsel for Defendants McCracken, Thompson, and Silver**

David V. Johnson, Esq.
Sharonda H. Boyce, Esq.
Insley & Race, LLC
The Mayfair Royal
181 14th Street, NE, Suite 200
Atlanta, Georgia 30309

This 10th day of March, 2015.

/s/ *Deborah Nolan Gore*
Georgia Bar No. 437340
Asst. Attorney General
Attorney for Defendants Owens, Lewis, Hatcher, Shelton, and Allen

1