

**UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION
AT MACON, GEORGIA**

**MINUTE SHEET
OF COURT PROCEEDINGS**

| | | | |
|---|---|---|---|
| Date: | 4/9/2015 | Type of Hearing: | TRO Hearing |
| Judge: | Marc T. Treadwell | Court Reporter: | Tammy Fletcher |
| Courtroom Deputy: | Teri L. Hatcher | Law Clerk: | Ashley Vandevender |
| Courtroom: | A | | |

**Case Number: 5:15-CV-50 (MTT)**

| | | | |
|---|---|---|---|
| Ashley Diamond | | Counsel: | David Dinielli<br>A. Chinyere Ezie<br>Natalie Lyons |
| v. | | | |
| Brian Owens, *et al.* | | Counsel: | Deborah Gore<br>Michelle Hirsh<br>David Johnson |

*Disclaimer: Contents of this Minute Sheet are for administrative purposes ONLY and are NOT meant as a substitution for the official court record. Attorneys should contact the court reporter and order a transcript if there are any questions as to the contents herein.*

**Court time for JS10/MJSTAR:** 2 hrs/41 minutes

| | |
|---|---|
| 8:56 am | Called to order. Motion today concerns only Commissioner and Sharon Lewis. Ms. Gore agreed substitution is not an issue. Witnesses present: Steve Upton, Janet Burton and Lt. Javaka Johnson. The Court commented on the factual scenarios set out by both sides. |
| 9:05 am | Argument by Mr. Dinielli. |
| 9:27 am | Argument by Ms. Gore. |
| 9:55 am | Response by Mr. Dinielli. |
| 10:00 am | Examination of Steve Upton by Ms. Gore. |
| 10:11 am | Examination of Steve Upton by Mr. Dinielli. |
| 10:17 am | Examination of Janet Brewton by Ms. Gore. |
| 10:35 am | Examination of Janet Brewton by Mr. Dinielli. |
| 10:48 am | Examination of Javaka Johnson by Ms. Gore. |
| 11:08 am | Examination of Javaka Johnson by Mr. Dinielli. |
| 11:29 am | Comments by the Court. The Parties are to confer regarding the new developments and as well as a date to reconvene. Ms. Diamond should have the opportunity to respond under oath. |
| 11:41 am | Adjourned. |