# Exhibit D




Nathan Deal
*Governor*

## GEORGIA DEPARTMENT OF CORRECTIONS

*Baldwin State Prison*
*Deputy Warden of Care & Treatment*
*Post Office Box 218*
*Hardwick, Georgia 31034*
*478/445-6164*
*FAX 478/445-6507*



Brian Owens
*Commissioner*

**MEMORANDUM**

TO: Ashley Diamond GDC# 1000290565

FROM: Cherie Price, Deputy Warden of Care and Treatment

DATE: 2/4/13

SUBJECT: Grievance Rejection

Per SOP IIB05-001, this grievance has been rejected and returned to you for the following reason:

✓ More than one issue per grievance

____ Grievance filed out of time frames as outlined in policy

____ Exceeded grievance filing limit (only 2 active)

____ Grievance was submitted through mail without following proper grievance procedure

____ Grievance includes threats, profanity, or racial slurs

____ Formal Grievance form not attached

____ Non-grievable issue:

a. Does not affect the offender personally
b. Parole Decision
c. Issue outside the Department's control
d. Disciplinary report
e. Disciplinary hearing procedure, punishment, fees, or assessments
f. Transfer of offender between Institution
g. Routine housing assignment
h. Involuntary assignment to Administrative Segregation
i. Co-Pay Charge for Health Care
j. Changes to housing assignments, program assignments, or work assignments, unless there is an alleged threat to the offender's health or safety.

CP/dd

42175

Attachment 1
SOP IIB05-0001
(Rev. 4-1-04)

**CONFIDENTIAL**
**INMATE GRIEVANCE FORM**
Georgia Department of Corrections

INSTITUTIONAL STAFF ONLY

INMATE NAME: Ashley Diamond INMATE NUMBER: 1000290565

INSTITUTION: Baldwin State Prison GRIEVANCE NUMBER: 141185

BLANK FORM ISSUED TO INMATE: 1/14/13 BY: [signature]

DATE COMPLETED FORM RECEIVED FROM INMATE: 1/22/13 BY: [signature]

DATE APPEAL RECEIVED: ___/___/___ BY: ___

THIS FORM MUST BE COMPLETED IN BLUE OR BLACK INK. YOU MUST INCLUDE SPECIFIC INFORMATION CONCERNING YOUR GRIEVANCE TO INCLUDE DATES, NAMES OF PERSONS INVOLVED, AND WITNESSES.

DESCRIPTION OF INCIDENT: 1/7/13 I was called out to meet w/ Captain Gottrell & questioned about a P.R.E.A report in which I responded accordingly. He then violated my amendments by acting w/deliberate indiffrence to a prison condition that was reported to Mental health staff pertaining to a PREA allegation he has exposed me to an unreaconable risk of serious harm; by informing the accused, in front of other inmates which I share living qauters with of the complaint made by me. The accused is a convicted Killer. Mental health staff advised me that no one would speak to their presence. Agreed that wasn't upheld. AD

RESOLUTION REQUESTED: To meet w/ Mental Health staff/Officials to remedy relief for the above reasons.

Ashley Diamond 1/8/13

INMATE'S SIGNATURE DATE

Is grievance being filed within the 5 day time limit? Please answer Yes or No. If the answer is No, please explain why.

## WARDEN'S / SUPERINTENDENT'S RESPONSE

___/___/___
WARDEN RECEIVED DATE

WARDEN'S / SUPERINTENDENT'S SIGNATURE ___/___/___ DATE FORWARDED TO INMATE

☐ APPEALABLE ☐ *NOT APPEALABLE* ☐ *SUSPEND PENDING INTERNAL INVESTIGATION*

*I ACKNOWLEDGE RECEIPT OF THE ABOVE RESPONSE ON THIS DATE.*

INMATE'S SIGNATURE **(REQUIRED)** ___/___/___ DATE

*IF YOU APPEAL, RETURN THIS FORM AND THE APPEAL FORM TO YOUR COUNSELOR OR GRIEVANCE COORDINATOR, WITHIN FIVE (5) BUSINESS DAYS OF RECEIPT OF THE WARDEN'S / SUPERINTENDENT'S RESPONSE.*

## COMMISSIONER'S OFFICE, EXECUTIVE ASSISTANT'S RESPONSE

___/___/___
EXECUTIVE ASSISTANT RECEIVED DATE

# Offender Grievance

**DIAMOND, ASHLEY ALTON-GDC ID 1000290565**

**Grievance No. 141823 - Status: PENDING RESOLUTION**

Click here for printer friendly version.

| | | | |
|---|---|---|---|
| **Facility Grievance Against:** | BALDWIN STATE PRISON | **Grievance Type:** | FORMAL |
| **Grievance Date:** | 01/14/2013 | **Form Received Date:** | 01/22/2013 |
| **Expedited Grievance:** | ○ Yes ◉ No | **Grievance Category:** | STAFF NEGLIGENCE |
| **Response Due Date:** | 03/03/2013 | | |

**Complaint/Resolution:** 1/7/13 I was called out to meet w/Captain Gottrell & asked about a PREA report in which I responded accordingly, He then by acting w/deliberate indiffrence to a prison condition that was reported to Mental health staff pertaining to a PREA allegation has exposed me to an unreasonable risk of serious harm; by informing the accused, In the earshot of other inmates, which I share living quarters with of the complaint made by me. The accused is a convicted killer.

Click Here to Add a Person

Click Here to Link to an Incident Report

**Status:** NONE **Date:**

**Comments:**

SAVE CANCEL

© 1998 - 2002 Georgia Department of Corrections

Send your system questions and recommendations to us



# GEORGIA DEPARTMENT OF CORRECTIONS

*Baldwin State Prison*
*100 Laying Farm Rd*
*Phone: 478-445-6160*
*FAX:47-445-2792*

Nathan Deal
*Governor*

Brian Owens
*Commissioner*

**Memorandum**

**Date:** 1/24/13

**To:** Area Supervisor [redacted], Dr. Sloan

**From:** Deputy Warden of Care & Treatment- Cherie Price

**Re:** Informal Grievance

The attached informal grievance from Inmate Diamond Ashley, I.D. # 1000290565, was received in my office. I am requesting the following action(s) be taken:

- ___ Meet with inmate and explain standard operating procedures regarding his request.
- ___ Schedule and meet with this inmate and discuss the status of this request.
- ✓ Follow up and provide documentation of follow up.
- ___ Advise this should be handled through disciplinary hearing and or disciplinary appeal process.
- ___ Advise this should be handled through medical co-pay appeal process.

The necessary action(s) will need to be taken and a response provided to my office by 1/31/13 (no later than 5 days from receipt). The inmate should sign and date below as well as the staff who discusses it.

Matter discussed: I/M alleges on 1/7/13 he was called to meet w/ Captain Dotell & asked about a PREA report. I/M alleges he has exposed him to an unreasonable risk of serious harm by informing the accused earshot of other I/M's which share living of Mental Health abuse. He alleges, that no one speak to him in their presence, was not upheld

The above was discussed with me and the problem is being resolved.

_______________________
Inmate Signature / Date

_______________________
Staff Signature / Date

.5/96)

ATTACHME
SOP IIB05-

WITNESS STATEMENT

| :H | DATE 1-28-13 | TIME 0759 | FILE NUMBER |
|---|---|---|---|
| NAME, FIRST NAME, MIDDLE NAME otell Michael | SOCIAL SECURITY ACCOUNT NO. | | STATE SERIAL NO. 0032230 1 |
| TUTION OR ADDRESS Baldwin State Prison | | | |

SWORN STATEMENT

Michael Gotell, WANT TO MAKE THE FOLLOWING STATEMENT UNDER OATH:

Mental Health was Present when I capt Gotell Question Inmate Ashley/Diamond 1000290565, No other inmates was in the Room.

INITIALS OF PERSON MAKING STATEMENT

PAGE 1 OF 1 PAGES

IONAL PAGES MUST CONTAIN THE HEADING "STATEMENT OF TAKEN AT DATED CONTINUED." THE BOTTOM OF EACH IAL PAGE MUST BEAR THE INITIALS OF THE PERSON MAKING THE STATEMENT AND BE INITIALED AS "PAGE 1 OF ___ PAGES." DITIONAL PAGES ARE UTILIZED, THE BACK OF PAGE 1 WILL BE LINED OUT, AND THE STATEMENT WILL BE CONCLUDED ON TH



Nathan Deal
*Governor*

# GEORGIA DEPARTMENT OF CORRECTIONS

*Baldwin State Prison*
*100 Laying Farm Rd*
*Phone: 478-445-6160*
*FAX:47-445-2792*

Brian Owens
*Commissioner*

**Memorandum**

**Date:** 1/24/13

**To:** Area Supervisor Capt. Dotell, Dr. Sloan

**From:** Deputy Warden of Care & Treatment- Cherie Price

**Re:** Informal Grievance

The attached informal grievance from Inmate Diamond Ashley, I.D. # 1000290565, was received in my office. I am requesting the following action(s) be taken:

___ Meet with inmate and explain standard operating procedures regarding his request.
___ Schedule and meet with this inmate and discuss the status of this request.
✓ Follow up and provide documentation of follow up.
___ Advise this should be handled through disciplinary hearing and or disciplinary appeal process.
___ Advise this should be handled through medical co-pay appeal process.

The necessary action(s) will need to be taken and a response provided to my office by 1/31/13 (no later than 5 days from receipt). The inmate should sign and date below as well as the staff who discusses it.

Matter discussed:

I/m alleges on 1/7/13 he was called to meet w/ Captain Dotell & asked about a PREA report. I/m alleges he has exposed him to an unreasonable risk of serious harm by informing the accused & earshot of other I/m's which share living q[illegible] Mental Health advised he alleges that no one [illegible] speak to him with their presence, was not upheld.

The above was discussed with me and the problem is being resolved.

Inmate Signature / Date

Staff Signature / Date

.5/96) ATTACHME
SOP IIB05-

WITNESS STATEMENT

| :E | DATE 1-29-13 | TIME | FILE NUMBER |
|---|---|---|---|
| NAME, FIRST NAME, MIDDLE NAME: Loan, Stephen L | SOCIAL SECURITY ACCOUNT NO. 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 | | STATE SERIAL NO. |
| TUTION OR ADDRESS: Baldwin State Prison | | | |

SWORN STATEMENT

Dr. Steve Sloan, WANT TO MAKE THE FOLLOWING STATEMENT UNDER OATH:

Per SOP VG55-0001 "Following the evaluation the specially trained counselor will immediately... notify the facilities security... stating whether or not the inmate requests that the specially trained counselor be present during the investigative interview." ~~This was~~ SLS

Counselor McBeth clearly recorded that the inmate did not wish to talk c security. Furthermore I verbally informed the captain that the inmate did not want to talk with security. I was informed that the inmates wishes were not adhered to.

Dr Steve Sloan

INITIALS OF PERSON MAKING STATEMENT SLS

PAGE 1 OF 1 PAGES

NAL PAGES MUST CONTAIN THE HEADING "STATEMENT OF TAKEN AT DATED CONTINUED." THE BOTTOM OF EACH L PAGE MUST BEAR THE INITIALS OF THE PERSON MAKING THE STATEMENT AND BE INITIALED AS "PAGE 1 OF ___ PAGES." ITIONAL PAGES ARE UTILIZED; THE BACK OF PAGE 1 WILL BE LINED OUT, AND THE STATEMENT WILL BE CONCLUDED ON THE

SOP IIB05-0001
Attachment 10
6/01/04



# GEORGIA DEPARTMENT OF CORRECTIONS

*Baldwin State Prison*
*100 Laying Farm Rd*
*Phone: 478-445-6160*
*FAX:47-445-2792*

Nathan Deal
*Governor*

Brian Owens
*Commissioner*

**Memorandum**

**Date:** 1/24/13

**To:** Area Supervisor Capt. Sotell, Dr. Sloan

**From:** Deputy Warden of Care & Treatment- Cherie Price

**Re:** Informal Grievance

The attached informal grievance from Inmate Diamond Ashley, I.D. # 1000290565, was received in my office. I am requesting the following action(s) be taken:

___ Meet with inmate and explain standard operating procedures regarding his request.
___ Schedule and meet with this inmate and discuss the status of this request.
✓ Follow up and provide documentation of follow up.
___ Advise this should be handled through disciplinary hearing and or disciplinary appeal process.
___ Advise this should be handled through medical co-pay appeal process.

The necessary action(s) will need to be taken and a response provided to my office by 1/31/13 (no later than 5 days from receipt). The inmate should sign and date below as well as the staff who discusses it.

Matter discussed:
I/M alleges on 1/7/13 he was called to meet w/ Captain Sotell; asked about a PREA report. I/M alleges he has exposed him to an unreasonable risk of serious harm by informing the accused [illegible] earshot of other I/M's which share living qu[arters] Mental Health advised he alleges, that no one [illegible] speak to him with their presence, [illegible] was not upheld.

The above was discussed with me and the problem is being resolved.

Inmate Signature / Date

Staff Signature / Date