# Exhibit K

| | |
|---|---|
| GEORGIA DEPARTMENT OF CORRECTIONS | Facility: Baldwin State Prison |
| MENTAL HEALTH PROGRESS NOTE | Name: ASHLEY DIAMOND |
| | ID#: 1000290565 |
| Date: 1/6/15 | Race: B    Sex: Male |

I. Data: Purpose: [X]Individual Counseling/Therapy  [ ]Crisis  [ ]Other: _____
   Location: [ ]Private Office  [ ]Cell Front  [ ]Other: _____
   [X] On site    [ ] Tele-MH

   Chief Complaint: FEAR OF STAFF

   Target Symptom(s) from Treatment Plan addressed in this contact: SYMPTOMS RELATED TO PTSD AND GENDER DYSPHORIA

   Attitude: Cooperative  Hygiene: Adequate  Orientation: Times four  Suicide Risk: Denied

   Judgment: Fair  Mood: LABILE  Affect: Appropriate  Hom. Ideation: Denied

   Thought Processes and Content: I/M is alert, linear and coherent.

   Description of session (include discussion of abnormal findings):
   THE INMATE WAS SEEN IN MY OFFICE. SHE CONTINUES TO FEEL AT RISK WITH THE CLOSE SECURITY INMATES IN HER DORM. WE DISCUSSED THE HOSTILE ENVIRONMENT AT BSP. SHE HAS NOT SELF HARMED IN THE LAST WEEK EVEN THOUGH IT IS A CONSTANT CONSCIOUS OPTION FOR HER. SHE CONTINUES TO REQUIRE HORMONE THERAPY AND GENDER ROLE CHANGE IF SHE IS TO RECEIVE ADEQUATE CARE. WITHHOLDING THIS THERAPY FROM HER INCREASES HER RISK OF SELF HARM. SHE WAS GIVEN A CALL TO HER MOTHER.

   Clinical Interventions (during this session): ASSESSED MENTAL STATUS, CBT

II. Assessment: Problem/Target Symptoms are: [X]Worse  [ ]Unchanged  [ ]Improved  [ ]Eliminated

    Diagnosis: GENDER DYSPHORIA, PTSD    Unchanged/Changed as of: _____ (date)
    (circle)

    Comments: ON EDGE WITH LABILE MOOD

III. Clinical Plan for subsequent sessions: FOCUS ON THE DESIRE TO SELF HARM

Next Appointment: WEEKLY
(date)

_____ PH. D.
Signature/Title

Page 1 of 1  [ ]Attachment

STEPHEN L. SLOAN, PH. D.
Printed/Typed Name