William A. Bootle Federal Building
United States Courthouse
Middle District of Georgia
Clerk of Courts
P.O. Box 128
Macon GA 31202

RECEIVED
CLERK'S OFFICE
2017 SEP -5 AM 9:33
U.S. DISTRICT COURT
MIDDLE DIST. OF GEORGIA
MACON, GEORGIA

## FREEDOM OF INFORMATION ACT AND PRIVACY ACT REQUEST

To whom it may concern,

This is a request for a copy of the legal filings and disposition of the following case:

<u>Diamond vs. Owens</u>, 5:15-CV-50-MTT

The records sought after are for educational purposes and will not be used for commercial interests. Please forward the requested records to the below listed address. Thank you for your time and cooperation.

Submitted this 30th day of August, 2017.

Respectfully,
David Chris Kelley Jr.
DAVID CHRIS KELLEY JR.
GDC# 1001252071
CENTRAL STATE PRISON
4600 FULTON MILL RD.
MACON GA 31208
E-4-205-T