David Kelly
1001252071 E-4/205T
Central State Prison
4600 Fulton Mill Road
Macon GA 31208

MACON GA 310

William A. Bootle Federal Building
United States Carthouse
Middle District of Georgia
CLERK OF COURTS
PO BOX 128
MACON GA 31202

31202-012828

[illegible] to you. [illegible] nor inspected. [illegible] question or problem over which [illegible]PS has jurisdiction, you may wish to return the material for further information [illegible]. If the writer [illegible] form [illegible]