**UNITED STATES DISTRICT COURT**
OFFICE OF THE CLERK
MIDDLE DISTRICT OF GEORGIA
115 East Hancock Avenue

ATHENS , GEORGIA 31601

DAVID W. BUNT, Clerk
Telephone: (478) 752-3497
Facsimile:  (478) 752-3496

OFFICES
ALBANY 31701
ATHENS 30601
COLUMBUS 31902
MACON 31202
VALDOSTA 31601

September 5, 2017

David Chris Kelley, Jr. - GDC# 1001252071
Central State Prison
4600 Fulton mill Rd.
Macon, GA 31208

RE:   Diamond v. Owens
      Civil Action NO. 5:15-cv-50-MTT

I am in receipt of your letter requesting documents from the above-referenced case pursuant to the Freedom of Information Act.  I have enclosed a docket sheet for the case and indicated next to the docket entries the number of pages for the document.  The cost is 50 cents per page, plus the cost of postage.  Please respond with a list of the documents you want along with a money order, made payable to "U.S. Courts" for the cost of the documents.  Once we determine the amount of postage, I will let you know the cost for postage.  Once you pay the postage cost the documents will be mailed to you.

Transcripts of hearings must be purchased directly from the court reporter and may be a different per page price.  Tammy Fletcher (now Tammy DiRocco), was the court reporter who prepared the two transcripts in this case (Document Nos 40 and 46).  You may order them from the court reporter and contact her at the following address:

                            Tammy DiRocco
                            P.O. Box 539
                            Macon, GA 31202

Sincerely,

G. Sellers
Deputy Clerk

Enclosure